IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICROSOFT CORPORATION,

    **Plaintiff,**

vs.

    Case No. C2-08-984
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Mark R. Abel

BROAD COMPUTER CENTER,

    **Defendant.**

## ORDER AND JUDGMENT

Having considered Plaintiff Microsoft Corporation's ("Microsoft") Motion for, and Application for Entry of, Default Judgment and Permanent Injunction, its Memorandum in Support thereof, the Declarations of Robert E. Chudakoff and Michael P. Fuller filed in support thereof, the Complaint, Returns of Service, and all other papers filed in this case, the Court makes the following order and enters the following judgment:

1.    Defendant Broad Computer Center, Inc., an Ohio corporation ("Defendant") is liable to Microsoft for the willful infringement of the following copyrighted works (identified by the following Certificate of Registration numbers issued for such works):

    (1)    TX 5-837-617 ("Office Pro 2003");

    (2)    TX 5-837-636 ("Excel 2003");

    (3)    TX 5-900-087 ("Outlook 2003");

    (4)    TX 5-852-649 ("PowerPoint 2003");

    (5)    TX 5-900-088 ("Word 2003");

(6) TX 5-837-618 ("Publisher 2003");

(7) TX 5-877-513 ("Business Contact Manager for Office Outlook 2003"); and

(8) TX 5-901-713 ("Access 2003")

2. Defendant is liable to Microsoft for willful trademark infringement under federal law, 15U.S.C. § 1114 *et seq.*, resulting from his use in commerce of Microsoft's trade dress and use and imitation of the following Trademarks and/or Service Mark Registration Numbers:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,475,795 ("POWERPOINT");

(4) 1,741,086 ("MICROSOFT ACCESS");

(5) 2,188,125 ("OUTLOOK"); and

(6) 2,999,281 (COLOR FOUR SQUARE LOGO).

3. Defendant is liable to Microsoft for unfair competition under federal law, 15 U.S.C. § 1125, and under the laws of the State of Ohio;

4. Judgment is hereby entered in favor of Plaintiff Microsoft Corporation and against Defendant Broad Computer Center, Inc. as follows:

a. Statutory Damages $740,000.00

b. Attorneys Fees $15,720.00

c. Paralegal Fees $623.50

c. Costs $475.80

Total Judgment **$756,819.30**

5. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. §1961.

6. Defendant Broad Computer Center, Inc. shall be permanently enjoined from further infringing any of Microsoft's copyrights and trademarks. This Court contemporaneously issues a separate permanent injunction.

**IT IS SO ORDERED.**

1-4-2010
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**